IN THE UNITED STATES OF AMERICA

ROBERT JAMES SWINT,
                Plaintiff,
        Vs.
    Holy Bible,
            Defendant,

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 JUL -2 PM 3: 00

NEW COMPLAINT
Civ. No. 26CV209-J

Jurisdiction
18 U.S.C. §§ title 42
All 5 COLORS ACTED UNDER SENSET AT-ONCE
II.

In the land, in a place far far away
for too long now have I seen; this, order
them; wait for a jury; Knock-or-Punch [8919]

Lights-ON

Our hats are off too, And now I can
see you,                    Someone's In love
And now comes the time in
which I may proceed with "*

Swint," remember the old wheres Waldo where these guys were hunting my dad down, ~~Bob Edwards~~ dodd, Cross HAIRS ver. Blackstone; And the

Conclusion

"Where in the World is Carmen Sandiego"

250 Billion in compensation for, JS1 or JES SR+JR, and Hans Emergency Radio System "Breaker Breaker 1,9"

Sincerely,

Rt S1

Robert Swint

4-13-2026

Alcoholics Anonymous   1976, 2001
                                    Columbia, Clearsop
Tesla Auto-pilots, california kidnapper
   unlocked after 35 years in prison
N.A.S.A.                    5-5-15
Houston, TX        A day where we shouldnt worry
                   a day where they like it when you
                   finish and the medicine for D.C.

EXTREMITIES            Rhode Island
   Sex type thing

ROBOCOP                Delaware
   theme

♭♭ IN MY LIFE ♭♭♭ 3

JURASSIC PARK   5 Virginia

DONT CRY            3

BATMAN FOREVER



Robert James Swinh PAT.#86619
Oregon State Hospital Institute
2600 Center St., NE
Salem, Oregon 97301-2669

PORTLAND OR RPDC 972
23 JUN 2026 PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.74⁰
06/18/2026  ZIP 97301
043M31228317
US POSTAGE

U.S. District Court Clerks
office
111 S. Wolcott St., Room 12
Casper, WY 82601

Case 2:26-cv-00209-ABJ    Document 1    Filed 07/02/26    Page 4 of 4