CLERK, UNITED STATES DISTRICT COURT
2120 CAPITOL AVE., ROOM 2131
CHEYENNE, WY 82001

OFFICIAL BUSINESS

CHEYENNE WY 820
18 JUL 2026 AM 1 L

stamps.com
$0.78 0
US POSTAGE IMI
FIRST-CLASS
063S0011551683
FROM 82001
B39891.13

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
JUL 28 2026
12:46 pm
Margaret Botkins, Clerk
Cheyenne

ANK

Robert James Swint #80185
Oregon State Hospital
2600 Center Street NE
Salem, OR 97301-2682

LEGAL M

NIXIE 971 FE 1 0007/25/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 82001365831 *1236-00947-18-21

FILED

9:33 am, 7/17/26

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

ROBERT JAMES SWINT,

Plaintiff,

VS.

HOLY BIBLE,

Defendant,

Case No. 26-CV-209-ABJ

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on its own notice. On July 2, 2026, Plaintiff filed his Complaint. (ECF No. 1). Plaintiff failed to pay the filing fee and did not file a motion to proceed without prepayment of fees. The Clerk of Court directed Plaintiff to pay the filing fee within three calendar days.

To this date, Plaintiff has neither paid the required filing fee, requested an extension of time to do so, nor submitted an explanation for not complying with the Clerk's deadline. Plaintiff's failure to pay the required filing fee and the expiration of the time given Plaintiff to make such payment warrant dismissal of the action without prejudice to refiling. *See* Local Civil Rule 5.1(a)–(b); *Gripe v. City of Enid*, 312 F.3d 1184, 1188 (10th Cir. 2002) ("The Federal Rules of Civil Procedure authorize sanctions, including dismissal . . . for failing to comply with court rules or any order of the court, *see* Fed. R. Civ. P. 41(b)"); *see also Kennedy v. Reid*, 208 F. App'x 678, 679–80 (10th Cir. 2006) (finding no abuse of

discretion in district court's dismissal without prejudice of civil action due to litigant's failure to timely pay initial filing fee).

**IT IS THEREFORE ORDERED** Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**

Dated this 17th day of July, 2026.

Alan B. Johnson
United States District Judge